# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| RAFFIE KOTIKIAN, an individual,<br><br><br>          Plaintiff,<br>vs.<br><br><br>LEXUS OF GLENDALE, a form unknown; KDW AUTOMOTIVE, INC., a Delaware corporation; LEXUS FINANCIAL SERVICES, INC., a form unknown; TOYOTA MOTOR CREDIT CORPORATION, a California corporation; TOYOTA LEASE TRUST; and DOES 1 through 100, inclusive,<br>          Defendants. | Case No. 2:26-cv-04217-MWC-SSCx<br><br>Hon. Michelle Williams Court [Removed from L.A. Superior Court, Case No. 26STCV03441, on April 21, 2026]<br><br>**ORDER GRANTING STIPULATION TO REMAND**<br><br>**JS-6** |

1

REMAND ORDER

Having considered the Parties' Joint Stipulation to Remand this action to state court (Dkt. 29) and good cause appearing, the Court hereby declines to exercise supplemental jurisdiction over the remaining state-law claims pursuant to 28 U.S.C. § 1367(c)(3) and **ORDERS** that this action be **REMANDED** to the Superior Court of the State of California, County of Los Angeles, Case No. 26STCV03441. Each party shall bear its own fees and costs.

**IT IS SO ORDERED.**

Dated: July 6, 2026

_____

HON. MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE

REMAND ORDER